690 A.2d 231

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Dwayne E. HAWK, Petitioner.**

Supreme Court of Pennsylvania.

March 14, 1997.

Phyllis A. Jin, Uniontown, for Petitioner.

**_ORDER_**

PER CURIAM:

AND NOW, this 14th day of March, 1997, the Petition for Allowance of Appeal is hereby GRANTED, BUT LIMITED to the following issue:

Whether the trial court's refusal to permit the testimony of the forensic scientist regarding the results of the rape kit test so prejudiced Petitioner as to merit a new trial.